McGREGOR W. SCOTT
United States Attorney
KRISTI C. KAPETAN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7316

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS ALBERT BRIDGES, ) | 1:04-cv-05776 SMS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER TO EXTEND |
| v. ) | TIME |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's opening brief be extended from May 17, 2005 to June 2, 2005.

//

//

//

//

//

//

//

1

This is defendant's third request for an extension of time to file a response to plaintiff's opening brief.  Due to a backlog of cases, a three-day period of illness; and a training conference held last week, the San Francisco Regional Counsel attorney assigned to this case needs additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: May 17, 2005                  /s/ Steven G. Rosales
                                        (As authorized via facsimile)
                                        STEVEN G. ROSALES
                                        Attorney for Plaintiff

Dated: May 17, 2005                    McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

**IT IS SO ORDERED:**

Dated: <u>May 18, 2005</u>                 <u>/s/Sandra M. Snyder</u>
                                        THE HONORABLE SANDRA M. SNYDER
                                        United States Magistrate Judge