```
                    UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA


CHRIS A. BRIDGES,              ) 1:04-CV-05776-OWW-SMS
                               )
          Plaintiff,           ) ORDER RE: FINDINGS AND
                               ) RECOMMENDATIONS TO DENY SOCIAL
                               ) SECURITY COMPLAINT (DOCS. 1, 19)
     v.                        )
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social         )
Security,                      )
                               )
          Defendant.           )
                               )
_____)
```

Plaintiff is proceeding in forma pauperis and with counsel with an action seeking judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying Plaintiff's applications for supplemental security income (SSI) pursuant to Title XVI of the Act. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b) and Local Rule 72-302(c)(15).

On March 31, 2006, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Chris Albert

1

Bridges. The findings and recommendation were served on all parties on March 31, 2006, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed March 31, 2006, are ADOPTED IN FULL; and

2. The Plaintiff's social security complaint IS DENIED; and

3. The Clerk of Court IS DIRECTED to enter judgment for Defendant Jo Anne B. Barnhart and against Plaintiff Chris Albert Bridges. IT IS SO ORDERED.

**Dated:   May 24, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                          UNITED STATES DISTRICT JUDGE